A01A1931. THOMPSON v. ZWIREN et al.
(581 SE2d 727)

ELDRIDGE, Judge.

In *Zwiren v. Thompson*, 276 Ga. 498 (578 SE2d 862) (2003), the Supreme Court reversed the judgment of this Court's opinion in *Thompson v. Zwiren*, 254 Ga. App. 204 (561 SE2d 493) (2002). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Andrews, P. J., and Miller, J., concur.*

DECIDED MAY 2, 2003.

*Peterson & Harris, Jim N. Peterson, Jr.,* for appellant.

*Love, Willingham, Peters, Gilleland & Monyak, Robert P. Monyak, Anna B. Fretwell,* for appellees.